# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-19253-AMC

NICHOLAS TRUBISKY

1341 TYSON AVENUE

PHILADELPHIA, PA 19111-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NICHOLAS TRUBISKY

    1341 TYSON AVENUE

    PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

    /S/ William C. Miller

Date: 9/23/2016      _____

    William C. Miller, Esquire
    Chapter 13 Standing Trustee