United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nicholas Trubisky  
    Debtor

Case No. 15-19253-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 2              Date Rcvd: Nov 09, 2016
                      Form ID: pdf900          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.

```
db            +Nicholas Trubisky,    1341 Tyson Avenue,    Philadelphia, PA 19111-4516
13655037      +CBCS,    P.O. Box 2589,    Columbus, OH 43216-2589
13655039       Credence Resource Management LLC,    P.O. Box 2147,    Southgate, MI 48195-4147
13655044      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13655045      +Geico,    One Geico Plaza,    Bethesda, MD 20810-0002
13655047      +KML law Group,    Suite 5000 - BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
13688903      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13655048      +Midland Mortgage,    P.O. Box 268959,    Oklahoma City, OK 73126-8959
13655049      +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13655051       Progressive,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
13655052       U S Dept Of Ed/Gsl/Atl,    P.O. Box 4222,    Iowa City, IA 52244
13656070      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                Washington, DC 20410-0002
13655054      +Verizon,    500 Technology Dr,    Ste 30,    Weldon Spring, MO 63304-2225
13655056      +Xerox Solutions,    P.O. Box 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: bankruptcy@phila.gov Nov 10 2016 02:04:14     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 02:03:51
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2016 02:04:12     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13661254       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2016 01:49:21
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13689335       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2016 01:50:32
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13734553       E-mail/Text: bankruptcy@phila.gov Nov 10 2016 02:04:14     City of Philadelphia,
                Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA  19102-1595
13655038      +E-mail/Text: equiles@philapark.org Nov 10 2016 02:04:32     City of Philadelphia,
                P.O. Box 41818,    Philadelphia, PA 19101-1818
13655040       E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 10 2016 02:04:33
                Credit Collection Services,    P.O. Box 9134,    Needham Heights, MA 02494-9134
13655041       E-mail/Text: Bankruptcy.Consumer@dish.com Nov 10 2016 02:04:04     Dish,    P.O. Box 94063,
                Palatine, IL 60094-4063
13655042      +E-mail/Text: bankruptcynotices@dcicollect.com Nov 10 2016 02:04:29
                Diversified Consultants, Inc.,    P.O. Box 551268,    Jacksonville, FL 32255-1268
13655043      +E-mail/Text: bknotice@erccollections.com Nov 10 2016 02:04:07     Enhanced Recovery Co,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13655046      +E-mail/Text: bankruptcy@icsystem.com Nov 10 2016 02:04:28     I C System,    P.O. Box 64378,
                St Paul, MN 55164-0378
13655050       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2016 01:48:41
                Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541
13689588       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 02:03:51
                Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                Harrisburg P A 17128-0946
13665529      +E-mail/Text: equiles@philapark.org Nov 10 2016 02:04:32     Philadelphia Parking Authority,
                701 Market St.,    Suite 5400,    Philadelphia, PA 19106-2895
13655055      +E-mail/Text: james.feighan@phila.gov Nov 10 2016 02:04:33     Water Revenue Bureau,
                1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
13655053*         U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: PaulP            Page 2 of 2            Date Rcvd: Nov 09, 2016
                              Form ID: pdf900        Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL     on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Nicholas   Trubisky brad@sadeklaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS TRUBISKY                               Chapter 13

                    Debtor          Bankruptcy No. 15-19253-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

**AND NOW,** this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED,** that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
NICHOLAS TRUBISKY

1341 TYSON AVENUE

PHILADELPHIA, PA 19111-